UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BISON CAPITAL CORPORATION,          :   10 CV 714 (SHS) (AJP)
                                    :
                    Plaintiff,      :   ECF CASE
                                    :
         -against-                  :   **NOTICE OF MOTION BY**
                                    :   **DEFENDANT ATP OIL & GAS**
ATP OIL & GAS CORPORATION,          :   **CORPORATION TO DISMISS**
                                    :   **COUNTS III THROUGH XIII OF**
                    Defendant.      :   <u>**THE AMENDED COMPLAINT**</u>
                                    :
------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Gerald G. Paul, executed on March 26, 2010, and the exhibit attached thereto, the accompanying Memorandum of Law in support of this motion, and all other pleadings and proceedings had herein, Defendant ATP Oil & Gas Corporation ("ATP") will move this Court before the Honorable Sidney H. Stein, United States District Judge, at the Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 23A, at a date and time to be set by the Court, for an order:

a) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting Defendant ATP's motion to dismiss Counts III through XIII of the Amended Complaint with prejudice; and

b) granting such other, further and different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, answering papers, if any, shall be served within fourteen (14) days hereof, and reply papers, if any, shall be served within seven (7) days after service of the answering papers.

Dated: New York, New York
       March 26, 2010

                FLEMMING ZULACK WILLIAMSON
                  ZAUDERER LLP

                By:_____/s/_____
                    Gerald G. Paul
                    Lissa C. Gipson
                One Liberty Plaza
                New York, New York  10006
                Tel: (212) 412-9500
                Fax: (212) 964-9200
                Email: gpaul@fzwz.com
                Email: lgipson@fzwz.com

                -and-

                Edward J. Murphy
                Brit T. Brown
                Benjamin A. Escobar, Jr.
                BEIRNE, MAYNARD & PARSONS, LLP
                1300 Post Oak Boulevard, Suite 2500
                Houston, Texas  77056
                Tel:  (713) 623-0887
                Fax:   (713) 960-1527

                *Attorneys for Defendant*
                *ATP Oil & Gas Corporation*