UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

BISON CAPITAL CORPORATION,

      Plaintiff,

 -against-

ATP OIL & GAS CORPORATION,

      Defendant.

------------------------------------------------------------ X

10 CV 714 (SHS) (AJP)

ECF CASE

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for ATP Oil & Gas Corporation ("ATP") (a nongovernmental corporate party) states that there is no parent corporation of ATP, and that no publicly held corporation owns 10% or more of ATP stock.

Dated: New York, New York
   March 26, 2010

            FLEMMING ZULACK WILLIAMSON
             ZAUDERER LLP

            By:_____/s/_____
             Gerald G. Paul
             Lissa C. Gipson
            One Liberty Plaza
            New York, New York 10006
            Tel: (212) 412-9500
            Fax: (212) 964-9200
            Email: gpaul@fzwz.com
            Email: lgipson@fzwz.com

            -and-

            Edward J. Murphy
            Brit T. Brown
            Benjamin A. Escobar, Jr.
            BEIRNE, MAYNARD & PARSONS, LLP
            1300 Post Oak Boulevard, Suite 2500
            Houston, Texas 77056
            Tel: (713) 623-0887
            Fax: (713) 960-1527

            *Attorneys for Defendant*