USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: STEIN
DATE FILED: 4/6/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BISON CAPITAL CORPORATION,     :     Civil Action No. 10 CV 714
    :     (SHS) (AJP)
           Plaintiff,     :
    :
    - against -     :     **STIPULATION**
    :
ATP OIL & GAS CORPORATION,     :
    :
           Defendant.     :
-------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Plaintiff Bison Capital Corporation's time to file its opposition to Defendant ATP Oil & Gas Corporation's motion to dismiss is extended one week, from April 12, 2010 to April 19, 2010, and that the date for Defendant to file its reply brief is also extended by one week, from April 26, 2010 to May 3, 2010. This is the first request for an extension of time to respond to the motion.

Dated: April 5, 2010

HUNTON & WILLIAMS LLP

By: _____
Jeffrey W. Gutchess
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131-1802
(305) 810-2500

Attorneys for Plaintiff

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By: _____
Lissa C. Gipson
One Liberty Plaza
New York, NY 10006
(212) 412-9552

Edward J. Murphy
Brit T. Brown
Benjamin A. Escobar, Jr.
Beirne, Maynard & Parsons, LLP
1300 Post Oak Blvd., Suite 2200
Houston, TX 77056

Attorneys for Defendants

So Ordered: _____
4/6/10     U.S.D.J.