UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/15/10

------------------------------------------------------------X

BISON CAPITAL CORPORATION,

                               Plaintiff,

            - against -

ATP OIL & GAS CORPORATION

                             Defendant.

Civil Action No. 10 CV 714 (SHS) (AJP)

------------------------------------------------------------X

## ORDER FOR ADMISSION OF MARTY L. STEINBERG
### *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Jeffrey W. Gutchess, attorney for Plaintiff, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Marty L. Steinberg |
| Firm Name: | Hunton & Williams LLP |
| Address: | 1111 Brickell Avenue |
| City/State/Zip: | Miami, Florida, 33139 |
| Phone Number: | (305) 810-2500 |
| Fax Number: | (305) 810-2460 |
| E-mail address: | msteinberg@hunton.com |

is admitted to practice *pro hac vice* as counsel for Plaintiff, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 4/15/10
New York, New York

**BY FAX**

_____
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York