UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

BISON CAPITAL CORPORATION,

                                             Plaintiff,    Civil Action No. 10 CV 714
                                                      (SHS) (AJP)

            - against -

ATP OIL & GAS CORPORATION

                                            Defendant.

------------------------------------------------------------------ X

## MOTION TO ADMIT MARTY L. STEINBERG
## AS COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and based on the Affidavit and Exhibit submitted herewith, I, Jeffrey W. Gutchess, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

        Applicant's Name:   Marty L. Steinberg
        Firm Name:   Hunton & Williams LLP
        Address:   1111 Brickell Avenue
        City/State/Zip:   Miami, Florida, 33139
        Phone Number:   (305) 810-2500
        Fax Number:   (305) 810-2460
        E-mail address:   msteinberg@hunton.com

Dated: New York, New York

    April 13, 2010

                                          HUNTON & WILLIAMS LLP

                                          _____
                                           Jeffrey W. Gutchess
                                           Hunton & Williams LLP
                                           1111 Brickell Avenue
                                           Miami, Florida, 33139
                                           (305) 810-2500
                                           jgutchess@hunton.com

                                           *Attorneys for Plaintiff,*
                                           *Bison Capital Corporation*

TO: Gerald G. Paul, Esq.
Lissa C. Gipson, Esq.
FLEMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006
(212) 412-9500
gpaul@fzwz.com
lgipson@fzwz.com

-and -

Edward J. Murphy, Esq.
Brit T. Brown, Esq.
Benjamin A. Escobar, Esq.
BEIRNE, MAYNARD & PARSONS, LLP
1300 Past Oak Boulevard, Suite 2500
Houston, Texas 77056
(713) 623-0887
emurphy@bmpllp.com
bbrown@bmpllp.com
bescobar@bmpllp.com

*Attorneys for Defendant,*
*ATP Oil & Gas Corporation*

# DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746.

I am a Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff, Bison Capital Corporation.

That on April *15*, 2010 I served a true copy of the attached Motion for Admission *Pro Hac Vice*, on counsel of record, at the addresses listed below via first class mail, by depositing the same in a properly addressed, enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April *15*, 2010.

                                                     Bradford C. Mulder

TO: Gerald G. Paul, Esq.
      Lissa C. Gipson, Esq.
      FLEMING ZULACK WILLIAMSON ZAUDERER LLP
      One Liberty Plaza
      New York, New York 10006
      (212) 412-9500
      gpaul@fzwz.com
      lgipson@fzwz.com

      -and -

      Edward J. Murphy, Esq.
      Brit T. Brown, Esq.
      Benjamin A. Escobar, Esq.
      BEIRNE, MAYNARD & PARSONS, LLP
      1300 Past Oak Boulevard, Suite 2500
      Houston, Texas 77056
      (713) 623-0887

      emurphy@bmpllp.com
      bbrown@bmpllp.com
      bescobar@bmpllp.com

      *Attorneys for Defendant, ATP Oil & Gas Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BISON CAPITAL CORPORATION,

                                                Plaintiff,    Civil Action No. 10 CV 714
                                                                       (SHS) (AJP)

                            - against -

ATP OIL & GAS CORPORATION

                                                Defendant.

------------------------------------------------------------------X

## AFFIDAVIT OF JEFFREY W. GUTCHESS IN SUPPORT OF PLAINTIFF'S MOTION FOR THE ADMISSION OF MARTY L. STEINBERG, *PRO HAC VICE*

State of Florida      )
                            )
County of Miami-Dade  )

Jeffrey W. Gutchess, being duly sworn, hereby deposes and says as follows:

1. I am a member of the bar of this Court and a Partner at Hunton & Williams LLP, attorneys for the Plaintiff, Bison Capital Corporation. I submit this Affidavit pursuant to Local Rule 1.3(c) in support of Plaintiff's application for an order granting Marty L. Steinberg, *pro hac vice* admission to this Court to act as counsel for Plaintiff in this action.

2. Marty L. Steinberg is a Partner with the law firm of Hunton & Williams LLP, located at 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131, (305) 810-2500. He was admitted to practice in Florida on December 19, 1974.

3. I am informed that Marty L. Steinberg is a member in good standing of the Bar of the State of Florida. Annexed hereto as Exhibit 1 is a Certificates of Good Standing issued by

the Florida Bar. I am informed that there are no pending disciplinary proceedings against Mr. Steinberg in any State or Federal court.

4. Mr. Steinberg is familiar with the facts and circumstances underlying the dispute between the parties.

5. I have found Mr. Steinberg to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Marty L. Steinberg. A proposed order granting admission of Marty L. Steinberg, *pro hac vice*, is attached as Exhibit 2.

WHEREFORE it is respectfully requested that the motion to admit Marty L. Steinberg, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: New York, New York
April 13, 2010

_____
Jeffrey W. Gutchess

Sworn to and subscribed before me
this 13th day of April 2010

_____
Notary Public



ANN MERLIN
Commission DD 727412
Expires November 11, 2011
Bonded Thru Troy Fain Insurance 800-385-7019



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon     )

                In Re:    187293  
                            Martin Leonard Steinberg  
                            Hunton & Williams  
                            1111 Brickell Ave., Ste. 2500  
                            Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on December 19, 1974.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 6TH day of April, 2010.

Willie Mae Shepherd  
Supervisor, Membership Records  
The Florida Bar

WMS/ECT11:R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
BISON CAPITAL CORPORATION,

          Plaintiff,  Civil Action No. 10 CV 714
               (SHS) (AJP)
    - against -

ATP OIL & GAS CORPORATION

          Defendant.

------------------------------------------------------------------ X

## ORDER FOR ADMISSION OF MARTY L. STEINBERG
### *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Jeffrey W. Gutchess, attorney for Plaintiff, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

|  |  |
|---|---|
| Applicant's Name: | Marty L. Steinberg |
| Firm Name: | Hunton & Williams LLP |
| Address: | 1111 Brickell Avenue |
| City/State/Zip: | Miami, Florida, 33139 |
| Phone Number: | (305) 810-2500 |
| Fax Number: | (305) 810-2460 |
| E-mail address: | msteinberg@hunton.com |

is admitted to practice *pro hac vice* as counsel for Plaintiff, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____
   New York, New York

                      _____
                           U.S.D.J.