UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/30/10

------------------------------------x

BISON CAPITAL CORPORATION,          :

         Plaintiff,          :

-against-                           :

ATP OIL & GAS CORPORATION,          :

         Defendant.          :

------------------------------------x

10 Civ. 0714 (SHS) (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a status conference is scheduled for Tuesday, May 4, 2010 at 10:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

SO ORDERED.

Dated:    New York, New York
         April 30, 2010

                                  Andrew J. Peck
                                  United States Magistrate Judge

Copies **by fax & ECF** to:    Jeffrey W. Gutchess, Esq.
                                Lissa C. Gipson, Esq.
                                Judge Sidney H. Stein