**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 213. | 08/03/05, ATP press release, "ATP Oil & Gas Corporation Expands Offering and Closes $175 Million Private Placement of Preferred Stock" | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 214. | 08/08/05, ATP's Form 8-K (ATP 002758 - 2812.) | | |
| 215. | 06/30/05, ATP's Form 10-Q for quarterly period ending June 30, 2005 | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 216. | 08/02/05, ATP's Unanimous Written Consent of Directors regarding Placement Agent Agreement and Subscription Agreement (ATP 040171 - 40181.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 217. | 08/02/05, Placement Agent Agreement between Credit Suisse First Boston and ATP (CSSU-ATP0-000044 - 83.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 218. | 03/20/06, ATP press release, "ATP Oil & Gas Corporation Expands Offering and Closes $150 Million Private Placement of Preferred Stock" | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 219. | 03/21/06, ATP's Form 8-K (ATP 003059 - 3102.) | | |
| 220. | 03/31/06, ATP's Form 10-Q for quarterly period ending March 31, 2006 | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 221. | 03/17/06, ATP's Unanimous Written Consent of Directors regarding Placement Agent Agreement and Subscription Agreement (ATP 040182 - 40190.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 222. | 03/17/06, Placement Agent letter agreement between Credit Suisse Securities and ATP (ATP 040062 - 40101.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 223. | 06/22/06, ATP press release, "ATP Expands Credit Facility, Reduces Interest Rate" | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 224. | 06/23/06, ATP's Form 8-K (ATP 003133 - 3264.) | | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 225. | 06/--/06, Credit Suisse First Boston Confidential Information Memorandum, "$525,000,000 Senior Secured Term Loan Facility" (CSSU-ATP0-000084 - 126.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 226. | 06/22/06, Amendment No. 2 and Agreement to the Amended and Restated Credit Agreement between ATP and Credit Suisse (ATP 003137 - 3150.) | | |
| 227. | 06/22/06, Engagement Letter between Credit Suisse Securities and ATP regarding "Proposed Amendment and Restatement of the Credit Agreement" (ATP 040102 - 40108.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 228. | 11/22/06, ATP press release, "ATP Reduces Overall Cost of Capital Below 10%, Redeems Preferred Shares and Expands Credit Facility" | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 229. | 11/29/06, ATP's Form 8-K (ATP 003265 - 3423.) | | |
| 230. | 11/--/06, Credit Suisse Confidential Information Memorandum, "$175,000,000 Senior Secured First Lien Term Loan Tack-on Facility & $375,000,000 Senior Secured Second Lien Term Loan Facility" (CSSU-ATP0-000127 - 172.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 231. | 11/14/06, ATP's Unanimous Written Consent of Directors regarding the First Lien Credit Agreement and the Second Lien Credit Facility (ATP 040191 - 40209.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 232. | 11/21/06, ATP's Unanimous Written Consent of Directors regarding Series A Preferred Stock and Series B Preferred Stock (ATP 040210 - 40220.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 233. | 11/22/06, Amendment No. 1 and Agreement to the Second Amended and Restated Credit Agreement between ATP and Credit Suisse (ATP 003271 - 3319.) | | |
| 234. | 11/22/06, Second Lien Credit Agreement between ATP and Credit Suisse Securities (ATP 003320 - 3403.) | | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 235. | 12/28/06, Amendment No. 2 and Agreement to the Second Amended and Restated Credit Agreement between ATP and Credit Suisse (ATP 001686 - 1693.) | | |
| 236. | 12/28/06, Third Amended and Restated Credit Agreement between ATP and Credit Suisse Securities (ATP 001694 - 1784.) | Cumulative (same as Ex. 237) (FRE 403.) | |
| 237. | 12/28/06, Third Amended and Restated Credit Agreement between ATP and Credit Suisse Securities (ATP 004830 - 4930.) | Cumulative (same as Ex. 236) (FRE 403.) | |
| 238. | 03/23/07, ATP press release, "ATP Prepays Second Lien Debt and Expands Credit Facility" | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 239. | 03/23/07, ATP's Form 8-K (ATP 003424 - 3476.) | | |
| 240. | 03/--/07, Deed of Release between ATP and Credit Suisse (ATP 002130 - 2138.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 241. | 03/19/07, ATP's Unanimous Written Consent of Directors regarding Amendment Agreement to Third Amended and Restated Credit Agreement (ATP 040221 - 40233.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 242. | 03/21/07, Letter from ATP to Credit Suisse regarding "Borrowing Request" (ATP 001929 - 1930.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 243. | 03/21/07, Engagement Letter between Credit Suisse and ATP regarding "Amendment to the Credit Agreement $375,000,000 Additional Term Loans" (CSSU-ATP0-000001 - 5.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 244. | 03/23/07, Amendment No. 1 and Agreement to the Third Amended and Restated Credit Agreement between ATP and Credit Suisse (ATP 003427 - 3442.) | Cumulative (same as Ex. 245) (FRE 403.) | |
| 245. | 03/23/07, Amendment No. 1 and Agreement to the Third Amended and Restated Credit Agreement between ATP and Credit Suisse (ATP 001799 - 1928.) | Cumulative (same as Ex. 244) (FRE 403.) | |

### Exhibit D6 to Joint Pre-Trial Order

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 246. | 03/23/07, Amendment to Second Amended and Restated Deed of Trust, Security Agreement, Financing Statement, Fixture Filing and Assignment of Production between ATP and David H. Sweeney, Trustee for the benefit of Credit Suisse (ATP 001931 - 1942.) | | |
| 247. | 03/23/07, Termination and Release Agreement between ATP and Credit Suisse (ATP 002064 - 2075.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 248. | 03/--/07, Credit Suisse Confidential Information Memorandum, "$375,000,000 Senior Secured First Lien Term Loan Tack-on Facility" (CSSU-ATP0-000173 - 222.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 249. | 09/04/07, Commitment Letter agreement between ATP and Credit Suisse regarding "$160,000,000 Unsecured Subordinated Loan Facility" (ATP 040117 - 40133.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 250. | 09/04/07, Commitment Letter agreement between SOF Investments and Credit Suisse Securities regarding "Unsecured Subordinated Loan Facility" (ATP 040134 - 40135.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 251. | 09/05/07, ATP's Unanimous Written Consent of Directors regarding the Subordinated Credit Facility Credit Agreement (ATP 040234 - 40245.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 252. | 09/07/07, Letter from ATP to Credit Suisse regarding "Borrowing Request" (ATP 002240 - 2241.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 253. | 09/07/07, Unsecured Subordinated Credit Agreement between ATP and Credit Suisse Securities (ATP 003480 - 3554.) | Cumulative (same as Ex. 254) (FRE 403.) | |
| 254. | 09/07/07, Unsecured Subordinated Credit Agreement, between ATP and Credit Suisse Securities (ATP 002142 - 2214.) | Cumulative (same as Ex. 253) (FRE 403.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 255. | 09/14/07, Amendment No. 1 and Agreement to the Unsecured Subordinated Credit Agreement between ATP and Credit Suisse (ATP 003558 - 3568.) | Cumulative (same as Ex. 256) (FRE 403.) | |
| 256. | 09/14/07, Amendment No. 1 and Agreement to the Unsecured Subordinated Credit Agreement between ATP and Credit Suisse (ATP 002335 - 2344.) | Cumulative (same as Ex. 255) (FRE 403.) | |
| 257. | 09/14/07, Letter from ATP to Credit Suisse regarding "Borrowing Request" (ATP 002345 - 2346.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 258. | 09/26/07, ATP's Unanimous Written Consent of Directors regarding the Underwriting Agreement and the Agency Agreement (ATP 040246 - 40248.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 259. | 09/07/07, ATP press release, "ATP Oil & Gas Adds New Subordinated Debt Facility" | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 260. | 09/07/07, ATP's Form 8-K (ATP 003477 - 3554.) | | |
| 261. | 09/14/07, ATP press release, "ATP Oil & Gas Expands Loan Commitment" | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 262. | 09/30/07, ATP's Form 10-Q for quarterly period ending September 30, 2007 | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 263. | 06/27/08, ATP press release, "ATP Closes New $1.05 Billion Senior Term Loan and Adds a $600 Million Asset Sale Facility" | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 264. | 06/27/08, ATP's Form 8-K (ATP 003709 - 3818.) | | |
| 265. | 06/30/08, ATP's Form 10-Q for quarterly period ending June 30, 2008 | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 266. | 06/--/08, Credit Suisse Confidential Information Memorandum, "$1,000,000,000 First Lien Term Loan Facility & $600,000,000 First Lien Term Loan Facility" (CSSU-ATP0-000223 - 273.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 267. | 06/25/08, ATP's Unanimous Written Consent of Directors regarding the Credit Agreement (ATP 040249 - 40260.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 268. | 06/26/08, Engagement Letter between Credit Suisse and ATP regarding "$165,000,000 Senior Secured Term Loan Facilities" (ATP 040136 - 40143.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 269. | 06/27/08, Engagement Letter between Credit Suisse Securities and ATP regarding "$1,650,000,000 Senior Secured Term Loan Facilities" (CSSU-ATP0-000011 - 27.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 270. | 06/27/08, Credit Agreement between ATP and Credit Suisse Securities (ATP 003712 - 3818.) | | |
| 271. | 09/29/09, ATP press release, "ATP Closes Previously Announced Public Offering of Common Stock" | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 272. | 09/29/09, ATP's Form 8-K (ATP 003962 - 4092.) | | |
| 273. | 11/05/09, ATP press release, "ATP Announces Third Quarter 2009 Results" | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 274. | 09/23/09, Purchase Agreement between ATP and Credit Suisse Securities (ATP 004050 - 4081.) | | |
| 275. | 09/23/09, Underwriting Agreement between ATP and J.P. Morgan Securities (ATP 003968 - 4012.) | | |
| 276. | 09/23/09, ATP's Unanimous Written Consent of Directors regarding Preferred Stock Private Placement (ATP 040261 - 40274.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 277. | 09/28/09, ATP's Unanimous Written Consent of Directors regarding the Purchase Agreement (ATP 040275 - 40287.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 278. | 09/29/09, ATP press release, "ATP Closes Private Placement of 8.0% Convertible Perpetual Preferred Stock" | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 279. | 09/30/09, ATP's Form 10-Q for quarterly period ending September 30, 2009 | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 280. | 11/03/09, ATP press release, "ATP Credit Facility Amendment Provides Additional Facility" | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 281. | 11/06/09, ATP's Form 8-K (ATP 004093 - 4101.) | | |
| 282. | 11/02/09, First Amendment to the Credit Agreement between ATP and Credit Suisse (ATP 004105 - 4112.) | Cumulative (same as Ex. 283) (FRE 403.) | |
| 283. | 11/02/09, First Amendment to the Credit Agreement between ATP and Credit Suisse (CSSU-ATP0-000365 - 384.) | Cumulative (same as Ex. 282) (FRE 403.) | |
| 284. | 02/02/10, ATP press release, "ATP Updates Production, Reserves, Developments and Financial Transactions" | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 285. | 02/04/10, ATP's Form 8-K | | |
| 286. | 01/29/10, Second Amendment to the Credit Agreement between ATP and Credit Suisse (ATP 004140 - 4146.) | | |
| 287. | 02/03/10, ATP's Unanimous Written Consent of Directors regarding the Credit Agreement (ATP 040288 - 40305.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 288. | 10/28/09, select slides from ATP presentation, "Investor Presentation, Energy-Prospectus Group" | Immaterial & irrelevant, cumulative, incomplete (FRE 402, 403.) | |

### Exhibit D6 to Joint Pre-Trial Order

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 289. | 12/14-16/09, select slides from ATP presentation, "Investor Presentation, New York City" | Immaterial & irrelevant, cumulative, incomplete (FRE 402, 403.) | |
| 290. | 02/05/10, ATP presentation, "Energy Summit Conference" (Plf.'s Dep. Ex. 145.) | Immaterial & irrelevant, cumulative (same as Ex. 145) (FRE 402, 403.) | |
| 291. | Composite exhibit of emails to, from and copying Ed Wells during February and March 2004 | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 292. | 12/31/02, ATP's Form 10-K | | |
| 293. | 12/31/03, ATP's Form 10-K (ATP 004147 - 4507.) | | |
| 294. | 06/30/03, ATP's Form 10-Q for quarterly period ending June 30, 2003 (B-007080 - 7105.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 295. | --/--/--, Document titled, "Senior Secured Bridge Facility" with handwritten notations (Plf.'s Dep. Ex. 93; B-006627 – 6630.) | Lacks sufficient foundation, immaterial & irrelevant, hearsay, cumulative (same as Ex. 93) (FRE 402, 403, 802.) | |
| 296. | 02/04/04, Email from J. Wells to E. Wells regarding capital costs (ATP 006940.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 297. | 02/26/04, Email from Nelson to Bulmahn regarding Ableco (ATP 007906.) | Immaterial & irrelevant, prejudicial (FRE 402, 403.) | |
| 298. | 01/13/04, Email from Godwin to Reese regarding "going concern" (ATP 025826.) | Immaterial & irrelevant, prejudicial (FRE 402, 403.) | |

### Exhibit D6 to Joint Pre-Trial Order

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 299. | 08/08/03, Email from Godwin to Nelson regarding "lock box" (ATP 025804.) | Immaterial & irrelevant, prejudicial (FRE 402, 403.) | |
| 300. | 04/14/04, Email from Perry to Reese regarding "Kerr-McGee/Westport Transaction" (ATP 020765.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 301. | 09/20/04, Email from Schlief to Reese regarding "Clean Revised Agreement" (ATP 018219.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 302. | 02/17/04, Email from Schlief to Ormand and Reese regarding "Update" (ATP 024629.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 303. | 01/08/04, Email from Meek to Nelson and Reese regarding "Models" (ATP 024667.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 304. | 01/30/04, Email from Ormand to Schlief and Reese regarding "Energy Finance Merchants LLC - Indicative Term Sheet" (ATP 008971 - 8977.) | Immaterial & irrelevant, hearsay (FRE 402, 403, 802.) | |
| 305. | Pleadings and papers, *Bulmahn v. Argyll Equities, LLC et al.*, Cause No. 2007-68465, District Court, Harris County, Texas, including the complaint, loan documents and the judgment. | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 306. | Pleadings and papers, *Schlief v. Miceli*, C.A. No. 08-cv-2128, U.S. Southern District of Texas, Houston Division | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 307. | 06/01/10, Bison, Edwin E. Wells. Jr.'s curriculum vitae (B-006617 - 6623.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 308. | 05/21/04, *draft* Letter Agreement between Bison and Magellan Midstream Partners, LP (B-014512 - 22.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 309. | 05/21/04, *draft* Letter Agreement between Bison and Magellan Midstream Partners, LP (B-011366 - 79.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 310. | 05/14/07, *draft* Amendment to Letter Agreement between Bison and Magellan Midstream Partners, LP (B-009844 - 9846.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 311. | 12/31/00, 12/31/01, 12/31/02, 12/31/03, 12/31/04 and 12/31/05, ATP's Form 10-Ks | Immaterial & irrelevant, cumulative (same as Exs. 203, 292, 293 & 317) (FRE 402, 403.) | |
| 312. | 01/21/04, Ableco Letter to ATP regarding rescinding of "Event of Default" (Plf.'s Dep. Ex. 76.) | Lacks sufficient foundation, immaterial & irrelevant, hearsay, prejudicial, cumulative (same as Ex. 76) (FRE 402, 403, 802.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 313. | --/--/--, Consent and Amendment No. 1 to Second Ableco Financing Agreement | Immaterial & irrelevant, prejudicial (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 314. | --/--/--, Amendment No. 2 to Second Ableco Financing Agreement | Immaterial & irrelevant, prejudicial (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 315. | --/--/--, Consent and Amendment No. 3 to Second Ableco Financing Agreement | Immaterial & irrelevant, prejudicial (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 316. | 02/05/01, ATP Form POS AM Post-Effective Amendment to S-1 Registration Statement filed with SEC | Immaterial & irrelevant, prejudicial (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 317. | 12/31/00, 12/31/01, 12/31/02, 12/31/03, 12/31/04 and 12/31/05, ATP's Form 10-Ks | Immaterial & irrelevant, cumulative (same as Exs. 203, 292, 293 & 311) (FRE 402, 403.) | |
| 318. | 09/18/00, ATP Form S-1 Registration Statement | Immaterial & irrelevant, prejudicial (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |

## Exhibit D6 to Joint Pre-Trial Order

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 319. | 12/12/00, ATP Amendment No. 1 to Form S-1 Registration Statement | Immaterial & irrelevant, prejudicial (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 320. | 01/30/01, ATP Amendment No. 4 to Form S-1 Registration Statement | Immaterial & irrelevant, prejudicial (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 321. | 04/30/02, 04/25/03 and 04/29/04, ATP Proxy Statements filed with SEC | Immaterial & irrelevant, prejudicial (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 322. | 03/31/01, 06/30/01 and 09/30/01, ATP's Form 10-Qs | Immaterial & irrelevant (FRE 402, 403.) | |

### Exhibit D6 to Joint Pre-Trial Order

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 323. | 03/31/02, 06/30/02 and 09/30/02, ATP's Form 10-Qs | Immaterial & irrelevant (FRE 402, 403.) | |
| 324. | 03/31/04, 06/30/04 and 09/30/04, ATP's Form 10-Qs | Immaterial & irrelevant (FRE 402, 403.) | |
| 325. | 03/31/05, 06/30/05 and 09/30/05, ATP's Form 10-Qs | Immaterial & irrelevant, cumulative (same as Ex. 215) (FRE 402, 403.) | |
| 326. | 11/21/03, ATP's Form 8-K | | |
| 327. | 02/27/04, ATP's Form 8-K | | |
| 328. | 04/09/99, Credit Agreement between ATP and Aquila Energy Capital Corporation | Immaterial & irrelevant, prejudicial (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 329. | 06/26/00 and 09/30/02, Harts Petroleum Finance Week article regarding Capital Providers | Lacks sufficient foundation, immaterial & irrelevant, hearsay, cumulative, prejudicial (FRE 402, 403, 802.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 330. | 11/13/00, Crain's New York Business article re: Cerberus and Ableco | Lacks sufficient foundation, immaterial & irrelevant, hearsay, cumulative, prejudicial (FRE 402, 403, 802.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 331. | 09/01/02, The Secured Lender article regarding Cerberus and Ableco | Lacks sufficient foundation, immaterial & irrelevant, hearsay, cumulative, prejudicial (FRE 402, 403, 802.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 332. | 06/13/03 - 03/01/04, Newspaper articles from regarding Cerberus takeover of ANC Rentals out of bankruptcy, wiping out of ANC stock, movement of ANC jobs from Fort Lauderdale, FLA to Tulsa, OK | Lacks sufficient foundation, immaterial & irrelevant, hearsay, cumulative, prejudicial (FRE 402, 403, 802.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 333. | 09/21/99, Amended and Restated Credit Agreement between ATP and Chase Bank | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 334. | 06/30/00, First Amendment to Amended and Restated Credit Agreement between ATP and Chase Bank | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description¹ | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 335. | 04/27/01, Credit Agreement between ATP and BNP Paribas | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 336. | 06/29/01, First Amendment to Credit Agreement between ATP and BNP Paribas | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 337. | 06/29/01, Second Amendment to Credit Agreement between ATP and BNP Paribas | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |

Exhibit D6 to Joint Pre-Trial Order

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 338. | 06/30/01, Third Amendment to Credit Agreement between ATP and BNP Paribas | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 339. | 10/01/01, Fourth Amendment to Credit Agreement between ATP and BNP Paribas | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 340. | 11/05/01, Fifth Amendment to Credit Agreement between ATP and Union Bank of California | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|-------|----------------|-------------|------------------------|
| 341. | 01/31/02, Sixth Amendment to Credit Agreement between ATP and Union Bank of California | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 342. | 02/28/02, Seventh Amendment to Credit Agreement between ATP and Union Bank of California | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 343. | 03/27/02, Eighth Amendment to Credit Agreement between ATP and Union Bank of California | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 344. | ATP Oil & Gas Corporation Discovery Privilege Log (Plf.'s Dep. Ex. 24.) | Immaterial & irrelevant, prejudicial, cumulative (same as Ex. 24) (FRE 402, 403.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 345. | Article by Paul Bulmahn in The Oil & Gas Reporter June 2001 entitled "Offshore Presents Unique Challenges" | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 346. | Article by Paul Bulmahn in Energy Houston, Vol 4, No. 1, 2001 "Driving Your Investment Dollars with New Energy" | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 347. | 07/--/01, The Wall Street Transcript interview, CEO/Company Interview, Bulmahn (Plf.'s Dep. Ex. 1.) | Immaterial & irrelevant, cumulative (same as Ex. 1) (FRE 402, 403.) | |
| 348. | 08/01/02, The Wall Street Transcript interview, Reese | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |

Exhibit D6 to Joint Pre-Trial Order

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 349. | 08/07/03, The Wall Street Transcript interview, Reese | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 350. | Transcript of ATP Conference Call with Equity Research Analysts to Announce ATP's Third Quarter 2004 Earnings | Immaterial & irrelevant (FRE 402, 403.) Moreover, Bison has not timely or properly disclosed or produced these documents, thus these documents should be excluded at trial. (FRCP 26, 37.) | |
| 351. | 11/13/03, Email from Fording to Reese and Schlief attaching Final2 Term Sheet for Amendments No. 1 and 2 (ATP 020823 - 20828.) | Lacks sufficient foundation, immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) | |
| 352. | --/--/--, *draft* Signature Page(s) to Amendment Agreement to Credit Agreement (ATP 009198 - 9199.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 353. | 04/--/04, Credit Suisse First Boston presentation, "Offering Timetable" (Plf.'s Dep. Ex. 48; ATP 020802 – 20804.) | Immaterial & irrelevant, hearsay, cumulative (same as Ex. 48) (FRE 402, 403, 802.) | |

## Exhibit D6 to Joint Pre-Trial Order

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 354. | 03/11/04, Email from Reese to Casas, Nelson, Schlief and Wells regarding "ATP Management Meeting" (ATP 017306.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 355. | 03/02/04, Email from RJ Energy Group to "undisclosed-recipients" regarding "ATPG-Update" (ATP 020417 - 20419.) | Immaterial & irrelevant, hearsay (FRE 402, 403, 802.) | |
| 356. | 03/--/05, *draft* Credit Suisse First Boston Confidential Information Memorandum, "$350,000,000 Senior Secured Term Loan Facility" (ATP 008738 - 8801.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 357. | 09/14/04, *draft* ATP presentation, "Presentation to Existing Investors" (ATP 038044 - 38077.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 358. | 07/18/03, Email from Miniter to Schlief regarding ATP credit line with Ableco (ATP 025632.) | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) | |
| 359. | 03/18/04, Email from Crowley to Reese regarding "Liquidity" (ATP 020837 - 20838.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 360. | 02/26/04, Email from Teshoian to Schlief, Reese, Nelson and Wells regarding "Information Request" (ATP 007313 - 7318.) | Immaterial & irrelevant, hearsay, cumulative (FRE 402, 403, 802.) | |
| 361. | 03/08/04, Email from Teshoian to Schlief, Reese and Nelson regarding "Potential Questions" (ATP 021083.) | Immaterial & irrelevant, hearsay, cumulative (FRE 402, 403, 802.) | |
| 362. | 11/07/03, Email from Turner to Schlief and Bulmahn regarding equity contribution for acquisition (ATP 026872.) | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) | |

### Exhibit D6 to Joint Pre-Trial Order

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 363. | 03/04/04, Email from Perry to Bulmahn, Schlief, Reese and Nelson regarding "CSFB Conference Call with Ryder Scott and Slide Presentation instructions" (ATP 024241.) | Immaterial & irrelevant, hearsay, cumulative (FRE 402, 403, 802.) | |
| 364. | 02/26/04, Email from Nelson to Reese, Dunlap, Schlief, Tschirhart, Godwin and Wells regarding conference call (ATP 006224.) | Immaterial & irrelevant, prejudicial (FRE 402, 403.) | |
| 365. | 10/29/03, Email from Landry to Reese regarding "Engagement Letter" (ATP 019583 - 19590.) | Immaterial & irrelevant, hearsay (FRE 402, 403, 802.) | |
| 366. | 02/17/04, Email from Schlief to Ormand and Reese regarding "Update" (ATP 024629.) | Immaterial & irrelevant (FRE 402, 403.) | |
| 367. | 07/02/03, Letter from Ableco to ATP regarding "Financing Proposal" (ATP 025163 - 25172.) | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) | |
| 368. | 11/12/03, ATP memo to Ormand and Meeks regarding Engagement Letter (Plf.'s Dep. Ex. 28; ATP 025519 – 25520.) | Immaterial & irrelevant, cumulative (same as Ex. 28) (FRE 402, 403.) | |
| 369. | 11/06/03, ATP memo to "File" regarding Assumptions of Cash Flow as of November 6, 2003 Provided to Bank (Plf.'s Dep. Ex. 69; ATP 025054 – 25057.) | Immaterial & irrelevant, cumulative (Ex. 69) (FRE 402, 403.) | |
| 370. | --/--/--, Document titled, "New Obligations of ATP" (ATP 025229.) | Lacks sufficient foundation & authenticity, immaterial & irrelevant, prejudicial (FRE 402, 403.) | |
| 371. | 07/03/03, Email from Nelson to Miniter regarding "New Version and Mark Up" (ATP 024808 - 24809.) | Immaterial & irrelevant, prejudicial (FRE 402, 403.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 372. | 07/01/03, Durham Email to Nelson regarding 12 months ebitda (ATP 025906 - 25907.) | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) | |
| 373. | 05/17/03, Email from Miniter to Nelson regarding "Durham/ATP Financing" (ATP 019599 - 19607.) | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) | |
| 374. | 04/23/03, Proposal Letter from Durham Capital to ATP (ATP 021561 - 21565.) | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) | |
| 375. | 06/20/03, Email from Fording to Reese and Nelson regarding Clarification on lockbox issue (Plf.'s Dep. Ex. 58; ATP 025124.) | Lacks sufficient foundation, immaterial & irrelevant, hearsay, prejudicial, cumulative (same as Ex. 58) (FRE 402, 403, 802.) | |
| 376. | 03/22/04, Email from Brian Nelson enclosing Jaime Casas E-mail regarding Allocations (ATP 006392 - 006393.) | Immaterial & irrelevant, hearsay (FRE 402, 403, 802.) | |
| 377. | 09/10/04, Email from Casas to Nelson regarding "Term Loan Amendment Board Materials" (ATP 008132 - 8137.) | Immaterial & irrelevant, hearsay (FRE 402, 403, 802.) | |
| 378. | Proposed Term Sheet Amendment No. 3 to Ableco Financing Agreement (ATP 037850 - 37851.) | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) | |
| 379. | $350 Million Senior Secured Term Loan Allocations (ATP 020953.) | Immaterial & irrelevant (FRE 402, 403.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 380. | 09/16/04, Email from Reese to Bulmahn, Schlief, Tate, Godwin, Nelson and Plume regarding "S&P Press Release on ATP/CSFB" (ATP 022846.) | Immaterial & irrelevant, hearsay, cumulative (FRE 402, 403, 802.) | |
| 381. | 01/09/04, Email from Fording to Reese regarding "Response to 12/31 Letter" (ATP 024455.) | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) | |
| 382. | 11/13/03, Email from Fording to Reese regarding "Engagement" (ATP 025051 - 25052.) | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) | |
| 383. | 11/11/03, ATP's Minutes of Compensation Committee (KPMG-A 00049 - 51.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 384. | 02/27/03, ATP's Minutes of the Special Board of Directors Meeting (KPMG-A 01153 - 1155.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 385. | 03/24/03, ATP's Minutes of the Board of Directors Meeting (KPMG-A 01156 - 1166.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 386. | 03/24/03, ATP's Minutes of Audit Committee of the Board of Directors (KPMG-A 01167 - 1170.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 387. | 04/07/03, ATP's Minutes of Audit Committee of the Board of Directors (KPMG-A 01171 - 1172.) | Immaterial & irrelevant, cumulative (FRE 402, 403.) | |
| 388. | 07/10/03, Email from Fording to Nelson, Reese and Durham regarding "Revised LOI" (ATP 024834 - 24843.) | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) | |

**Exhibit D6 to Joint Pre-Trial Order**

| Π Ex. | Description[1] | Δ Objection | Admitted/ Not Admitted |
|---|---|---|---|
| 389. | 08/02/03, Email from Durham to Reese and Nelson regarding "Tim's response" (ATP 025099.) | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) | |
| 390. | 08/04/03, Email from Fording to Reese and Nelson regarding "CapEx vs. Budget" (ATP 025094.) | Immaterial & irrelevant, hearsay, prejudicial (FRE 402, 403, 802.) | |

Dated: Houston, Texas
November 8, 2010

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By: _____
Edward J. Murphy
Brit T. Brown (admitted *pro hac vice*)
Benjamin A. Escobar, Jr. (admitted *pro hac vice*)
BEIRNE, MAYNARD & PARSONS, LLP
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Tel: (713) 623-0887
Fax: (713) 960-1527
Email: emurphy@bmpllp.com
Email: bbrown@bmpllp.com
Email: bescobar@bmpllp.com

-and-

Gerald G. Paul
Lissa C. Gipson
One Liberty Plaza
New York, New York  10006
Tel: (212) 412-9500
Fax: (212) 964-9200
Email: gpaul@fzwz.com
Email: lgipson@fzwz.com

*Attorneys for Defendant*

**Exhibit D6 to Joint Pre-Trial Order**

TO:    HUNTON & WILLIAMS LLP
        Jeffrey W. Gutchess
        1111 Brickell Avenue
        Miami, Florida  33139
        Tel: (305) 810-2500
        Fax: (305) 810-2460
        Email: jgutchess@hunton.com

        *Attorneys for Plaintiff*