```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BISON CAPITAL CORPORATION,               :        10 Civ. 714 (SHS)

                    Plaintiff,        :

       -against-                               :        <u>ORDER</u>

ATP OIL & GAS CORPORATION,               :

                    Defendant.       :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      Plaintiff's motion *in limine* to exclude expert reports [53] and defendant's motion *in limine* to exclude trial exhibits [66] were decided on the record on January 18, 2011. Accordingly,

      IT IS HEREBY ORDERED that the Clerk of Court is directed to terminate these motions.

Dated: New York, New York
       January 24, 2011

SO ORDERED:

                                Sidney H. Stein, U.S.D.J.